MORRIS GREENSTEIN, Appellant, *v.* DAVID KAHAN, Respondent.

Submitted November 18, 1948; decided December 3, 1948.

*Benjamin H. Siff* and *I. Henry Simon* for appellant.

*Robert J. Sykes, Joseph V. Gallagher, Jr.,* and.*Leo F. Potts* for respondent.

Judgments reversed and a new trial granted, with costs to plaintiff-appellant to abide the event, upon the ground that the issues in respect of negligence and contributory negligence were for the jury. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.